UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH ABRAHAM,

       Petitioner,                      CASE NO. 10-cv-11387

v.                                          JUDGE PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE
KEN MCKEE,

       Respondent.
_____/

### ORDER DENYING PETITIONER'S "EX PARTE APPLICATION TO EXCEED PAGE LIMIT"

      This is a habeas case filed under U.S.C. § 2254. Pending before the Court is Petitioner's "Ex Parte Application to Exceed Page Limit," filed along with his Reply Brief on January 7, 2011. (Dkt. ## 7 & 8.) Petitioner filed a forty-nine page Reply Brief. Petitioner is requesting that the Court allow him to file excess pages because Respondent's answer was lengthy, fifty-two pages plus attachments, and because he had two trials which resulted in forty volumes of transcripts. The Court is aware that there is not a page limit in filing habeas petitions, responses, or replies. However, it is in the Court's discretion to limit the number of pages filed. Having considered Petitioner's request, the Court **DENIES** the motion. However, the Court will allow Petitioner to file a Reply Brief, not to exceed fifteen (15) pages, within thirty (30) days of this Order.

      **SO ORDERED**.

                                              S/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: February 15, 2011

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 15, 2011.

                                               S/Denise Goodine
                                               Case Manager